UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| KEVIN HAWKINS, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:20-2549 |
| BENJAMIN B. WAGNER, United States Attorney, et al., | § § § § | |
| Defendants. | § § § | |

# **FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on December 13, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge