UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| KEVIN HAWKINS, | § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. 2:20-2549 |
| BENJAMIN B. WAGNER, United States Attorney, et al., | § § § § | |
| Defendants. | § § § | |

## ORDER

After the plaintiff filed a civil rights complaint for monetary damages stemming from his criminal conviction (Docket No. 1), the case was transferred to the undersigned for all further proceedings on March 31, 2021 (Docket No. 3). On December 14, 2021, the court dismissed the complaint with prejudice and entered a final judgment (Docket Nos. 7, 8). The plaintiff has filed a notice of appeal (Docket No. 9). Because there is nothing further for this court to consider, this case is returned to the Eastern District of California, Sacramento Division, for any further proceedings.

The clerk's office shall provide a copy of this order to the plaintiff.

SIGNED at Houston, Texas on _____December 30_____, 2021.

_____
Lee H. Rosenthal
Chief United States District Judge